**STATE of Missouri, Respondent,**

v.

**James Glenn RICHARDS, Appellant.**

**No. WD 44607.**

Missouri Court of Appeals,
Western District.

Jan. 14, 1992.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 3, 1992.

Application to Transfer Denied
April 21, 1992.

David G. Edwards, Jefferson City, for appellant.

William L. Webster, Atty. Gen., Hugh L. Marshall, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, C.J., and SHANGLER and TURNAGE, JJ.

ORDER

PER CURIAM:

Defendant appeals from convictions of first degree assault and armed criminal action. §§ 565.050 and 571.015, RSMo 1986.

The judgment of conviction is affirmed. Rule 30.25(b).